IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DARRELL BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:22-cv-587-HEH |
| ) | |
| FAIRFAX JAIL, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION**
(Dismissing Action Without Prejudice)

By Memorandum Order entered on October 7, 2022 (ECF No.7), the Court directed Plaintiff to pay an initial partial filing fee of $13.80 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Final Order shall accompany this Memorandum Opinion.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Henry E. Hudson
Date: Nov. 18, 2022　　　　　Senior United States District Judge
Richmond, Virginia